**Mario THYER, Relator,**

v.

**DALLAS STARS HOCKEY CLUB, Respondent,**

**American Home Assurance & AIG Claim Service, Inc., Respondents.**

No. C0–02–10.

Supreme Court of Minnesota.

March 20, 2002.

Richard S. Eskola, Moore, Halsey & Iskola, L.L.C., Fridley, MN, John W. Lorentz, Lorentz & Associates, St. Paul, MN, for Employee Relator.

Michael D. Miller, Nancy E. Lamo, McCollum, Crowley, Vehanen, Moschet & Miller, Ltd., Minneapolis, MN, for Employer Respondent & Insurer Respondent.

### O R D E R

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 12, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

/s/ Paul H. Anderson

Associate Justice